**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: April 13, 2010



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

# TIFFANY & BOSCO
## P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29770

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-29323-RJH |
| Nancy V. Guggisberg, | Chapter 7 |
| Debtors. | O R D E R |
| U.S. Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR Movant, | (Related to Docket #12) |
| vs. | Hearing Date: April 12, 2010 |
| Nancy V. Guggisberg, Debtors; Lawrence J. Warfield, Trustee. | |
| Respondents. | |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated February 6, 2007, and recorded in the office of the Navajo County Recorder wherein U.S. Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-11AR is the current beneficiary and Nancy V. Guggisberg have an interest in,

further described as:

THAT PORTION OF TRACT A, PINETOP LAKES UNIT TWO, ACCORDING TO BOOK 11 OF PLATS, PAGE 17, RECORDS OF NAVAJO COUNTY, ARIZONA AND LOCATED IN SECTION 1, TOWNSHIP 8 NORTH, RANGE 23 OF THE GILA AND SALT RIVER BASE AND MERIDIAN, NAVAJO COUNTY, ARIZONA, DESCRIBED AS FOLLOWS:

COMMENCING AT WEST QUARTER CORNER OF SAID SECTION 1

THENCE NOTH 89 DEGREES 49 MINUTES 41 SECONDS EAST, ALONG THE MIDSECTION LINE OF SAID SECTION 1, A DISTANCE OF 784.78 FEET TO THE POINT OF BEGINNING, SAID POINT BEING NORTH 89 DEGREES 49 MINUTES 41 SECONDS EAST ALONG THE NORTH LINE OF SAID TRACT A, A DISTANCE OF 119.00 FEET FROM THE NORTHWEST CORNER OF SAID TRACT A;

THENCE CONTINUING ALONG SAID NORTH LINE, NORTH 89 DEGREES 49 MINUTES 41 SECONDS EAST, 82.51 FEET;

THENCE LEAVING THE BOUNDARY LINE OF SAID TRACT A, SOUTH 00 DEGREES 10 MINUTES 19 SECONDS EAST, 70.59 FEET;

THENCE SOUTH 31 DEGREES 37 MINUTES 47 SECONDS EAST, 124.27 FEET;

THENCE SOUTH 15 DEGREES 00 MINUTES 00 SECONDS EAST, 130.00 FEET TO A POINT ON THE SOUTHWESTERLY RIGHT OF WAY LINE OF SUNSET TRAIL AND THE BOUNDARY LINE OF SAID TRACT A, SAID POINT BEING SOUTH 45 DEGREES 24 MINUTES 02 SECONDS WEST, 10.00 FEET FROM THE NORTHEAST CORNER OF SAID TRACT: A;

THENCE SOUTH 45 DEGREES 24 MINUTES 02 SECONDS WEST, ALONG SAID SOUTHWESTERLY LINE, 222.75 FEET TO THE BEGINNING OF A TANGENT CURVE, CONCAVE NORTH AND HAVING A RADIUS OF 26.51 FEET AND A CENTRAL ANGEL OF 90 DEGREES 00 MINUTES 00 SECONDS;

THENCE ALONG SAID CURVE AN ARC DISTANCE OF 41.64 FEET;

THENCE CONTINUING ALONG SAID BOUNDARY LINE, NORTH 45 DEGREES 35 MINUTES 58 SECONDS WEST 62.94 FEET;

THENCE LEAVING SAID BOUNDARY LINE, NORTH 45 DEGREES 24 MINUTES 02 SECONDS EAST, 115.75

THENCE NORTH 27 DEGREES 00 MINUTES 00 SECONDS WEST 80.71 FEET;

THENCE NORTH 63 DEGREES 00 MINUTES 00 SECONDS EAST 110.00 FEET;

THENCE NORTH 35 DEGREES 00 MINUTES 00 SECONDS WEST 69.70 FEET;

THENCE NORTH 35 DEGREES 00 MINUTES 00 SECONDS EAST 126.92 FEET;

THENCE NORTH 20 DEGREES 00 MINUTES 00 SECONDS WEST, 130.94 FEET TO THE POINT OF BEGINNING;

EXCEPT THE PORTION OF SAID TRACT A, DESCRIBED AS FOLLOWS:

COMMENCING AT THE WEST QUARTER CORNER OF SAID SECTION 1;

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

---

UNITED STATES BANKRUPTCY JUDGE